## Margaret Klimas, Appellee, v. Beatrice Klimas, Celia Wizgird, John Doe and Mary Roe, Appellants.

### Gen. No. 45,882.

Cochrane & George, for appellants; Kenart M. Rahn, of counsel; Clarence R. Serb, for appellee. Opinion by JUSTICE NIEMEYER. Not to be published in full. Opinion filed February 2, 1953; rehearing denied February 20, 1953; released for publication February 20, 1953.

